In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00191-CR

                                                ______________________________

 

 

                                ZACHERY DALE LUCKETT,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                      On Appeal from the 102nd
Judicial District Court

                                                          Red
River County, Texas

                                                          Trial Court
No. CR00735

 

                                                    
                                              

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            Zackery Dale
Luckett appeals from his revocation of community supervision and adjudication
of guilt for two aggravated sexual assault offenses against a child.  Luckett has filed a single brief, in which he
raises an issue common to all of his appeals. 
He argues that the evidence was insufficient for the trial court to find
he committed forgery in violation of a condition of his community supervision.

            We addressed
this issue in detail in our opinion of this date on Luckett's appeal in cause
number 06-09-00190-CR.  For the reasons
stated therein, we likewise conclude that error has not been shown in this
case.

            We affirm the
trial court’s judgment.

 

                                                          

 

                                                                                    Jack
Carter                                                                                                                                          Justice

 

Date Submitted:          March
11, 2010

Date Decided:             March
12, 2010

 

Do Not Publish